IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NATHALIE D. SIMS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:16cv1349 |
| | § | |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the case, has been presented for consideration. The Report and Recommendation (Docket No. 40), filed on February 13, 2018, recommends that Defendant's Motion for Summary Judgment (Docket No. 18) be granted. No objections to the Report and Recommendation have been filed.

Because no objections were filed, the Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b). Having reviewed the Report and record evidence, the Court agrees with the Magistrate Judge that Plaintiff has not shown a genuine issue of material fact that the lien is void and has not shown a genuine issue of material fact regarding her Fair Debt Collection Practices Act (FDCPA), Texas Debt Collection Practices Act (TDCPA) and Real Estate Settlement Procedures Act (RESPA) claims.

The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. It is therefore **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 18) is **GRANTED** and complaint is **DISMISSED WITH PREJUDICE.**

**So ORDERED and SIGNED this 12th day of March, 2018.**

                                          ROBERT W. SCHROEDER III
                                          UNITED STATES DISTRICT JUDGE